UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

OTTONIEL ESTEBAN MEJIA WILDER,

Petitioner,

v.

GREGORY J. ARCHAMBEAULT, et al.,

Respondents.

Case No.: 26cv4173-LL-VET

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**

[ECF No. 1]

Before the Court is Petitioner Ottoniel Esteban Mejia Wilder's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The Court finds that Petitioner is subject to detention pursuant to 8 U.S.C. § 1226(a), not 8 U.S.C. § 1225. *See Rodriguez Vazquez v. Bostock*, No. 25-6842, --- F.4th --- (9th Cir. July 30, 2026).

Accordingly, **within 48 hours of this Order**, Respondents **SHALL** either immediately release Petitioner or issue a warrant pursuant to 8 U.S.C. § 1226(a) to continue Petitioner's detention. If a warrant is issued, Respondents **SHALL** provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a) within **10 days of this Order**, unless Petitioner requests a continuance.

In a bond hearing under 8 U.S.C. § 1226(a), the burden is on the detainee to demonstrate by a preponderance of the evidence that he is not a flight risk or danger to the community. *Rodriguez Diaz v. Garland*, 53 F.4th 1189, 1197 (9th Cir. 2022) (citation omitted).

The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

**IT IS SO ORDERED**.

Dated: August 10, 2026

Honorable Linda Lopez
United States District Judge