UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTONIEL ESTEBAN MEJIA WILDER,<br>Petitioner,<br>vs.<br>GREGORY J. ARCHAMBEAULT, et al.,<br>Respondents. | Case No.: 26cv4173-LL-VET<br><br>**ORDER DENYING AS MOOT PETITIONER'S EMERGENCY MOTION TO ENFORCE THE COURT ORDER**<br><br>ECF No. 6 |

On August 18, 2026, Respondents filed a notice of supplemental information, explaining that Petitioner's bond hearing was held on August 17, 2026 and Petitioner was granted bond. Therefore, this Court **DENIES AS MOOT** Petitioner's Emergency Motion to Enforce the Court's Order. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: October 19, 2026

Honorable Linda Lopez
United States District Judge